**Opinion issued March 4, 2014.**



In The

# Court of Appeals

For The

## First District of Texas

————————————

### NO. 01-13-00854-CR

————————————

### IN RE ALONZO A. SEAY, JR., Relator

———————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————

### MEMORANDUM OPINION

Relator, Alonzo A. Seay, Jr., an inmate proceeding pro se, has filed a petition for writ of mandamus, complaining that respondent, an assistant United States Attorney,[1] refuses to respond to a criminal complaint in which relator

---

[1] The petition identifies the respondent as Jose Angel Moreno, an assistant United States Attorney. Relator's certificate of service does not show that he served respondent with a copy of the petition. The petition, therefore, does not meet the requirements of the Texas Rules of Appellate Procedure because it does not certify that a copy was served on respondent. *See* TEX. R. APP. P. 9.5, 52.7(c).

alleges violations of the Texas Penal Code. Relator requests issuance of a writ of mandamus to compel respondent to respond and to prosecute the criminal complaint.

This Court does not have jurisdiction to grant relator's requested relief against respondent. By statute, we have the authority only to issue a writ of mandamus against a district court judge or county court judge in this Court's district, and we may issue all writs as necessary to enforce this Court's appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)–(b) (West 2004).

We deny the petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.
Do not publish.   TEX. R. APP. P. 47.2(b).